UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:11-CV-94-F

| | |
|---|---|
| CHARLES BOSWELL, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| OFFICER KENNETH BULLOCK, ) | |
| individually and in his capacity as an ) | |
| officer of the City of Oxford Police ) | |
| Department; and CHIEF OF POLICE ) | |
| JOHN WOLFORD, individually and in his ) | |
| capacity as Chief of the City of Oxford ) | |
| Police Department and the CITY OF ) | |
| OXFORD, NORTH CAROLINA, ) | |
| Defendants. ) | |

In the above-entitled action, defendants moved the Court for an Order allowing the City of Oxford to release its police reports and video concerning plaintiff's arrest (and surrounding events) on January 23, 2009. N.C. Gen. Stat. § 132-1.4 prohibits the release of criminal investigations without a court order. Counsel for plaintiff does not object to the entry of an Order releasing the police reports. The parties have indicated to the Court that said materials are necessary for use in this case.

THEREFORE IT IS NOW ORDERED that defendant City of Oxford may produce/disclose the Police Department's police reports and video concerning plaintiff's arrest (and surrounding events) on January 23, 2009 for use, including filing, in this case.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Friday, January 27, 2012.

_____
William A. Webb
United States Magistrate Judge