UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:11-CV-94-F

| | |
|---|---|
| CHARLES BOSWELL,<br>           Plaintiff,<br><br>v.<br><br>OFFICER KENNETH BULLOCK,<br>individually and in his capacity as an<br>officer of the City of Oxford Police<br>Department; and CHIEF OF POLICE<br>JOHN WOLFORD, individually and in his<br>capacity as Chief of the City of Oxford<br>Police Department and the CITY OF<br>OXFORD, NORTH CAROLINA,<br>           Defendants. | **ORDER** |

This matter is before the Court on defendants' Motion to stay all District Court proceedings pending defendants' appeal. The Motion indicates that plaintiff consents to a stay.

Having fully considered the Motion, the Court concludes that a stay is warranted as defendants' appeal pertains to issues of qualified and public official immunity and the appeal involves the remaining claims in this case. The Court finds that the plaintiff would not be substantially harmed by the stay.

Therefore, the Motion is allowed and the Clerk is directed to remove this case from the pretrial and trial calendar until the resolution of defendants' appeal.

SO ORDERED. This the 19th day of July, 2012.

                                            James C. Fox
                                            Senior United States District Judge

1648117v1